| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Moore, Kimberly A | 2. Court or Organization<br><br>Federal Circuit | 3. Date of Report<br><br>5/19/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge Nominee | 5. ReportType (check appropriate type)<br><br>⦿ Nomination, Date 5/18/2006<br><br>○ Initial ○ Annual ○ Final | 6. Reporting Period<br><br>1/1/2005<br>to<br>5/19/2006 |
| 7. Chambers or Office Address<br><br>George Mason University Law<br>3301 Fairfax Drive<br>Arlington, VA 22201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

**I. POSITIONS.** (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Professor of Law | George Mason University School of Law |
| 2. Expert Consultant | Irell & Manella LLP |
| 3. Lecturer | BarBri Patent Bar Review |
| 4. Lecturer | Oblon Spivak McClelland Maier & Neustadt |
| 5. Expert Consultant | Howrey LLP |
| 6. Expert Consulatant | Foley Hoag |
| 7. Expert Consultant | Quinn Emanuel Urquhart Oliver |
| 8. Expert Consultant | McDermott Will Emery LLP |
| 9. Expert Consultant | Weil, Gotshal & Manges LLP |
| 10. Expert Consultant | Winston & Strawn LLP |
| 11. Expert Consultant | Jones Day |
| 12. Expert Consultant | Fish & Richardson |
| 13. Expert Consultant | Wilmer Cutler Pickering Hale and Dorr |
| 14. Board Member | Federal Circuit Bar Association |
| 15. Editor-in-Chief | Federal Circuit Bar Journal |
| 16. Board Member | Intellectual Property Owners Education Foundation |
| 17. Board Member | Patent Strategy & Management |
| 18. Board Member | CPR Institute for Dispute Resolution |
| 19. Expert Consultant | St. Jude Medical, Inc. |
| 20. Expert Consultant | The Cypress Group |

| 21. | Expert Consultant | Texas Instruments Inc |
| 22. | Expert Consultant | Genzyme |
| 23. | Expert Consultant | Biogen Idec |
| 24. | Expert Consultant | Monsanto Company |
| 25. | | |
| 26. | | |

# II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE**    - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | TIAA/CREF 401K |
| 2. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moore, Kimberly A | 5/19/2006 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2006 | George Mason University School of Law | 85999.95 |
| 2. | 2005 | George Mason University School of Law | 156,416.71 |
| 3. | 2004 | George Mason University School of Law | 163604.08 |
| 4. | 2006 | University of Akron | 5000 |
| 5. | 2006 | Oblon Spivak McClelland Maier & Neustadt | 30000 |
| 6. | 2005 | Oblon Spivak McClelland Maier & Neustadt | 60000 |
| 7. | 2004 | Oblon Spivak McClelland Maier & Neustadt | 60000 |
| 8. | 2006 | Irell & Manella | 32495 |
| 9. | 2005 | Irell & Manella | 10000 |
| 10. | 2005 | Wilmer Cutler Pickering Hale and Dorr | 18765.25 |
| 11. | 2005 | St. Jude Medical Center | 38,237.50 |
| 12. | 2005 | Howrey LLP | 8245 |
| 13. | 2005 | Foley Hoag LLP | 1385 |
| 14. | 2005 | Fish & Richardson PC | 15000 |
| 15. | 2005 | BARBRI Patent Bar | 5800 |
| 16. | 2005 | Monsanto Company | 31,946.25 |
| 17. | 2005 | West Services Inc. | 2403.03 |
| 18. | 2006 | West-Thomson | 1728.21 |
| 19. | 2005 | McDermott Will Emery LLP | 22000 |

| | | | |
|---|---|---|---|
| 20. | 2005 | Weil, Gotshal & Manges LLP | 58,158.25 |
| 21. | 2005 | Biogen Idec | 7931.25 |
| 22. | 2005 | Genzyme | 7931.25 |
| 23. | 2005 | Winston & Strawn LLP | 38,796.25 |
| 24. | 2005 | Texas Instruments Inc. | 27460 |
| 25. | 2005 | Quinn Emanuel Urquhart Oliver | 4122.50 |
| 26. | 2005 | The Cypress Group | 26550 |
| 27. | 2004 | Quidel Corp. | 27325.00 |
| 28. | 2004 | Foley Hoag | 19012.50 |
| 29. | 2004 | Jenkins & Gilchrist | 15400 |
| 30. | 2004 | Cravath Swaine & Moore LLP | 59964.40 |
| 31. | 2004 | Apple Computer | 33410.00 |
| 32. | 2004 | Morgan Lewis & Bockius LLP | 17085.10 |
| 33. | 2004 | Howrey Simon Arnold & White LLP | 45587.00 |
| 34. | 2004 | Oracle | 6000 |
| 35. | 2005 | Lewis & Clark | 500 |
| 36. | 2006 | St. Jude Medical | 26,732.50 |
| 37. | 2006 | BarBri Patent Bar | 2900 |

**B. Spouse's Non-Investment Income** (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Howrey LLP, salary |
| 2. | 2005 | Howrey LLP, salary |
| 3. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | EXEMPT | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A | 5/19/2006 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | National City Mortgage Co. | Mortgage on Rental Property (Corolla N.C.) | O |
| 2. | Chase Card Visa -- United Mileage Plus Visa | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A | 5/19/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property (Corolla, N.C.) | F | Rent | P1 | S | EXEMPT | | | | |
| 2. Chevy Chase Bank Checking Account | A | Interest | M | T | | | | | |
| 3. Chevy Chase Bank Certificate of Deposit | A | Interest | K | T | | | | | |
| 4. United Bank Checking Account | | None | J | T | | | | | |
| 5. TIAA/CREF Retirement Account | | | | | | | | | |
| 6. -CREF Global Equities | | None | | | | | | | |
| 7. -CREF Equity Index | | None | | | | | | | |
| 8. -TIAA CREF International Equity Mutual Fund | A | Dividend | K | T | | | | | |
| 9. -TIAA CREF Large Cap Value Mutual Fund | A | Dividend | K | T | | | | | |
| 10. -TIAA CREF Small-Cap Value Mutual Fund | A | Dividend | J | T | | | | | |
| 11. -TIAA CREF Real Estate Fund | | None | J | T | | | | | |
| 12. -CREF STOCK | | None | K | T | | | | | |
| 13. -CREF Infl Linked Bond | | None | J | T | | | | | |
| 14. -CREF Social Choice | | None | K | T | | | | | |
| 15. -CREF Growth | | None | | | | | | | |
| 16. Northwestern Mutual Life Insurance | B | Dividend | J | T | | | | | |
| 17. Northwestern Mutual Life Insurance | B | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A | 5/19/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Berkshire Life Insurance | A | Dividend | J | T | | | | | |
| 19. Howrey Fidelity Retirement Account | | | | | | | | | |
| 20. -Fid Equity Income | A | Dividend | K | T | | | | | |
| 21. -Fid Diversified Intl | A | Dividend | K | T | | | | | |
| 22. -Fid Contrafund | A | Dividend | K | T | | | | | |
| 23. -Lord Abbett Sm Cap Val A | A | Dividend | J | T | | | | | |
| 24. -Fid Puritan | A | Dividend | K | T | | | | | |
| 25. -Fidelity US Govt Res | A | Dividend | K | T | | | | | |
| 26. -Fidelity Aggressive Growth | A | Dividend | | | | | | | |
| 27. -LMValue Trust FLCL | A | Dividend | | | | | | | |
| 28. -Spartan US Equity Index | A | Dividend | | | | | | | |
| 29. -Fidelity US Gov Res | A | Interest | K | T | | | | | |
| 30. AG Edwards Brokerage Accounts | | | | | | | | | |
| 31. -S&P MidCap 400 Value Index Fund | B | Dividend | | | | | | | |
| 32. -Dow Jones US Telecom Sector Index Fund | A | Dividend | | | | | | | |
| 33. -Dow Jones US Hlthcare Sector Index Fund | A | Dividend | | | | | | | |
| 34. -Sector Spdr TR SHS Ben Int Consumer Staples | A | Dividend | | | | | | | |
| 35. -Sector Spdr TR SBI Consumer Discretionary | A | Dividend | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes. (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A | 5/19/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 36. -Sector SPDR TR SBI Energy | B | Dividend | | | | | | | |
| 37. -Sector SPDR TR SBI Financial | A | Dividend | | | | | | | |
| 38. -Sector SPDR TR SBI Industrial | A | Dividend | | | | | | | |
| 39. -Sector SPDR TR SBI Technology | A | Dividend | | | | | | | |
| 40. -S&P 500 Growth Index Fund | A | Dividend | | | | | | | |
| 41. -S&P 500 Value Index Fund | A | Dividend | | | | | | | |
| 42. -EAFE Index Fund | A | Dividend | | | | | | | |
| 43. -American CAP strategies Mutual Fund | A | Dividend | J | T | | | | | |
| 44. -Wells Fargo CAP Trust Preferred | A | Interest | J | T | | | | | |
| 45. -First Eagle FDS Inc. Overseas FD | A | Dividend | L | T | | | | | |
| 46. -Franklin Real Estate Securities Fund | A | Dividend | | | | | | | |
| 47. -Oppenheimer Main ST FDS OPPty Fund | A | Dividend | L | T | | | | | |
| 48. -Thornburg Invt TR Invt Income Builder Fund | A | Dividend | J | T | | | | | |
| 49. -Grant Park Futures Fund | A | Dividend | K | T | | | | | |
| 50. -S&P 500 Index Fund | A | Distribution | | | | | | | |
| 51. -Goldman Sachs Corp Bd Fund | A | Dividend | | | | | | | |
| 52. -13 yr Treas Index Fund | | None | | | | | | | |
| 53. -Trust MSCI EAFE Index Fund | B | Dividend | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A | 5/19/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. -Dow Jones US Consumer Cyclical Sect Index Fund | A | Dividend | | | | | | | |
| 55. -S&P MIDCap 400 Growth Index Fund | A | Dividend | | | | | | | |
| 56. -Government Obligations Fund-Money Market | A | Interest | J | T | | | | | |
| 57. -Centennial Money Market | A | Interest | J | T | | | | | |
| 58. -Goldman Sachs Trust Growth Strategy PortFund | A | Dividend | M | T | | | | | |
| 59. -Motorola Inc. Stock | A | Dividend | | | | | | | |
| 60. -General Electric Co. Stock | A | Dividend | | | | | | | |
| 61. -First Eagle FDS Inc. Mutual Fund | A | Dividend | | | | | | | |
| 62. -Dow Jones US Utils Sector Index Fund | A | Dividend | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moore, Kimberly A | 5/19/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moore, Kimberly A | 5/19/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Kimberly A Moore_          Date _5/19/06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 86 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 683 | 704 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | 1 | 295 | 000 |
| Real estate owned-add schedule | 3 | 400 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 26 | 000 | | | | |
| Cash value-life insurance | | 22 | 000 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 1 | 295 | 000 |
| | | | | Net Worth | 2 | 922 | 704 |
| Total Assets | 4 | 217 | 704 | Total liabilities and net worth | 4 | 217 | 704 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |